

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 17, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Eric Warren*, 20 Cr. 596

Dear Judge McCarthy:

    This morning, the defendant was writted into federal custody on the above-referenced sealed indictment. As a result, the Government respectfully requests that the Court unseal the indictment.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/ Derek Wikstrom
    Derek Wikstrom
    Assistant United States Attorney
    Tel: (914) 993-1946

SO ORDERED:

_[signature]_ 11/17/2020
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE