# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

January 23, 2021

Via E-mail and ECF

The Honorable Kenneth M. Karas
District Court Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Eric Warren
             20-Cr-596 (KMK)

Dear Mr. Honorable Karas:

    I hope this letter finds you well. I am writing in regard to Mr. Eric Warren, who has an initial pre-trial conference scheduled for January 28, 2021. I spoke to Mr. Warren earlier today via video-conference and in person at the jail on January 11, 2021. During both of these conversations, Mr. Warren informed me that he does not want the conference to occur via telephone or videoconference and that he'd prefer to wait until in-person appearances can resume. Thus, I ask that Mr. Warren's conference be postponed until in-person proceedings are possible.[1]

    Thank you very much for your consideration.

Sincerely,

/s

Benjamin Gold
Assistant Federal Defender

*The conference is adjourned to 3/11/21 at 10:30 am. Time is excluded until then, in the interests of justice, owing to the coronavirus pandemic, which has led to a suspension of in-person proceedings for the foreseeable future. See 18 U.S.C. Section 3161(h)(7)(A).*

So Ordered.

*[signature]* 1/28/21

cc: AUSA Derek Wikstrom

---

[1] Of course, I will keep in touch with Mr. Warren and will inform Your Honor if his position changes and he would like to proceed with a remote proceeding.