**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124   Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

March 5, 2021

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  U.S. v. Eric Warren
     20-cr-596

Dear Honorable Karas:

I am writing to inform you that Mr. Warren has informed me that he would like his initial pre-trial conference to be held in person.[1] I understand that the COVID-19 pandemic makes scheduling difficult, but if the Court has any availability in March or April that would be very much appreciated. In terms of specific dates, I spoke to AUSA Derek Wikstrom and the following dates do not work for me or the Government: March 15th in the morning, March 22nd after 11:00am, March 18th, March 19th, April 6th after 1:00pm, April 9th in the morning, April 16th in the morning, April 26th in the morning and April 30th in the afternoon. All other dates in March and April are open.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Derek Wikstrom

*Granted. The Court will hold an initial conference on 4/13/2021 at 12:00 PM*

SO ORDERED.

KENNETH M. KARAS U.S.D.J.
3/5/2021

---

[1] I have a legal call scheduled with Mr. Warren on Monday, March 8, 2021. I will inform Your Honor if Mr. Warren has changed his mind about holding this conference in person.