MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

June 14, 2021

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

    Re:    U.S. v. Eric Warren
             20-cr-596

Dear Honorable Karas:

    I am writing to ask that you please adjourn Eric Warren's status conference that is currently scheduled for June 16, 2021.  The reason for this request is to enable me to have Eric Warren evaluated as, due to restrictions at the jail and my expert's availability, the process has taken longer than I had anticipated.  In terms of specific dates, I ask that Your Honor adjourn the case to the end of July or early August.  I have spoken to A.U.S.A. Steven Kochevar and he does not object to this request.

    Thank you very much for considering this request.

Granted. The conference is adjourned to 7/29/21 at 11 am. Time is excluded, in the interests of justice, until then to allow for Mr. Warrent to be evaluted. The interests of justice from this exclusion outweigh the public's and Mr. Warren's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
6/15/21

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:  AUSA Derek Wikstrom
      AUSA Steven Kochevar